UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SEDRICK SIMMS                                                      CIVIL ACTION

VERSUS

ROGER YOUNG ET AL.                                          NO. 22-01023-BAJ-SDJ

### RULING AND ORDER

This is an excessive force case. The *pro se* Plaintiff, an individual confined at Louisiana State Penitentiary, filed this proceeding under 42 U.S.C. § 1983 complaining that his constitutional rights were violated due to the use of excessive force and failure to protect. He seeks monetary and injunctive relief. Before the Court is Defendants Roger Young and Logan Robichaux's **Motion to Dismiss (Doc. 32, the "Motion")**, which is unopposed.

The Magistrate Judge has now issued a **Report and Recommendation (Doc. 34, the "Report")**, recommending dismissal of Plaintiff's claims for monetary damages asserted against Young and Robichaux in their official capacities, and Plaintiff's claims against Defendant Mental Health[1] in their entirety. It further recommends that, in all other regards, the Motion be denied, and that this matter be referred back to the Magistrate Judge for further proceedings. Finally, the Report

---

[1] The Court assumes that Plaintiff, who named "Mental Health" as a Defendant, is referring to the Mental Health Unit within the prison. As the Magistrate Judge notes, however, a department within a prison facility cannot be sued under 42 U.S.C. § 1983, and for this reason, Plaintiff's claims against "Mental Health" fails. (Doc. 34 at 7 (citing *Brewin v. St. Tammany Parish Correctional Center*, 2009 WL 1491179 (W.D. La., May 26, 2009)).

recommends that Plaintiff be given time to amend his Complaint to allege facts showing that Defendant Young had a reasonable opportunity to prevent the harm caused by Defendant Robichaux and chose not to act, and facts showing physical injuries sustained, if any, due to the alleged use of excessive force by Defendant Robichaux. The parties' deadline to object to the Report has passed, without any objection from either party.

Having carefully considered the operative Complaint and related filings, the Court **APPROVES** the Report and **ADOPTS IT**[2] as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Defendants Roger Young and Logan Robichaux's **Motion to Dismiss (Doc. 32)** be and is hereby **GRANTED IN PART**. Plaintiff's claims for monetary damages asserted against Defendants in their official capacities and Plaintiff's claims against Defendant Mental Health be and are hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that in all other respects, the **Motion to Dismiss (Doc. 32)** be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff has until **November 23, 2024**, to amend his Complaint to include:

- Facts that show that Defendant Young had a reasonable opportunity to

---

[2] The Magistrate Judge recommends that Plaintiff be given 21 days to amend the Complaint, but the Court will allow Plaintiff 45 days, instead.

prevent the harm caused by Defendant Robichaux and chose not to act; and

- Facts that show physical injuries suffered, if any, from the alleged use of excessive force by Defendant Robichaux.

**IT IS FURTHER ORDERED** that this matter be and is hereby **REFERRED** to the Magistrate Judge for further proceedings consistent with this Ruling.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this Ruling and Order and the accompanying Report and Recommendations (Doc. 34) to Sedrick Simms by regular and certified mail, return receipt requested, to the address found on PACER.

Baton Rouge, Louisiana, this 9th day of October, 2024

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

3