UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SEDRICK SIMMS                                                               CIVIL ACTION

VERSUS

ROGER YOUNG, ET AL.                                              NO. 22-01023-BAJ-SDJ

RULING AND ORDER

Before the Court is Defendants Young and Robichaux's **Motion For Summary Judgment (Doc. 41, the "Motion")**. The Motion is unopposed.

The Magistrate Judge issued a **Report and Recommendation (Doc. 45, the "Report")**, recommending that the Court grant Defendants Young and Robichaux's Motion and dismiss the case with prejudice. There are no objections to the Report.

Having carefully considered Plaintiff's Second Amended Complaint (Doc. 37), Defendants Young and Robichaux's Motion (Doc. 41), and the Magistrate Judge's Report (Doc. 45), the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the **Motion (Doc. 41)** be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 31ST day of July, 2025

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

2